chter, Schlichter, Bogard & Denton, St. Louis, MO, Victor O'Connell, Attorney, Stris & Maher LLP, Gardena, CA, Peter K. Stris, Attorney, Stris & Maher LLP, William A. White, Esquire, Hill, Farrer & Burrill, LLP, Los Angeles, CA, for Plaintiffs–Appellants.

Christopher D. Catalano, Esquire, Walter Dellinger, Attorney, Bob Eccles, Esquire, Attorney, Gary S. Tell, Esquire, Attorney, Jonathan Hacker, Meaghan McLaine VerGow, O'Melveny & Myers LLP, Washington, DC, Matthew P. Eastus, Senior Attorney, Sergey Trakhtenberg, Southern California Edison Company, Legal Division, Rosemead, CA, Abby Johnston, Attorney, O'Melveny & Myers LLP, Los Angeles, CA, for Defendants–Appellees.

Jay E. Sushelsky, Esquire, Senior Attorney, ·AARP Foundation Litigation, Washington, DC, for Amicus Curiae AARP Foundation Litigation.

Thomas Leon Cubbage, III, Covington & Burling LLP, Washington, DC, for Amicus Curiae Investment Company Institute.

Nicole A. Diller, Attorney, Morgan Lewis & Bockius LLP, San Francisco, CA, for Amicus Curiae California Employment Law Council.

Stacey Eden Elias, Esquire, Trial Attorney, Elizabeth Hopkins, Counsel, US-DOL—U.S. Department of Labor, Plan Benefits Security Division, Office of the Solicitor, Washington, DC, for Amicus Curiae Secretary of Labor.

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Bybee, Ikuta and Owens did not participate in the deliberations or vote in this case.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rene SANCHEZ–GOMEZ,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Moises Patricio–Guzman, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

· v.

**Jasmin Isabel Morales, AKA Jasmin Morales, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Mark William Ring, Defendant–Appellant.**

**No. 13-50561, No. 13-50562, No. 13-50566, No. 13-50571**

United States Court of Appeals, Ninth Circuit.

Filed August 5, 2016

Daniel Earl Zipp, Peter Ko, Assistant U.S. Attorneys, Office of the US Attorney, San Diego, CA, for Plaintiff–Appellee.

Ellis M. Johnston, III, Esquire, Trial Attorney, Reuben Camper Cahn, Esquire, Executive Director, Shereen Joy Charlick, Esquire, Kimberly Sue Trimble, Trial Attorney, Elizabeth M. Barros, Esquire, Supervisory Attorney, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendants–Appellants.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Owens did not participate in the deliberations or vote in this case.

**IN RE: ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, a Delaware limited liability company, as owner of a certain 20' 2007 Baja Islander 202 for exoneration from or limitation of liability, Plaintiff-Appellant.**

No. 14-4118

United States Court of Appeals, Tenth Circuit.

August 1, 2016